1  David N. Barry, Esq. (SBN 219230)
   THE BARRY LAW FIRM
2  dbarry@mylemonrights.com
   11845 W. Olympic Blvd., Suite 1270
3  Los Angeles, CA 90064
   Telephone: (310) 684-5859
4  Facsimile: (888) 862-4539

5  Attorneys for Plaintiff MARIA MENDOZA

6  GORDON REES SCULLY MANSUKHANI, LLP
   Spencer P. Hugret (SBN 240424)
7  shugret@grsm.com
   Embarcadero Center West
8  275 Battery Street, Suite 2000
   San Francisco, CA 94111
9  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
10
   Attorneys for Defendant
11 FORD MOTOR COMPANY

12

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15

16 | MARIA MENDOZA, an individual, | Case No. 2:20-cv-00143-AB (FFM) |
17 | Plaintiff, | |
18 | vs. | **JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |
19 | | |
20 | FORD MOTOR COMPANY, et al., | |
21 | Defendants. | |

1  Plaintiff Maria Mendoza and Defendant Ford Motor Company, by and
2  through their attorneys of record, hereby stipulate that the above entitled matter be
3  dismissed in its entirety with prejudice, with each party to the dismissal to bear its
4  own costs and fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
5  Plaintiff and Defendant mutually waive all demands for each other's costs
6  and fees associated with this matter.

8  Dated: April 1, 2021               **THE BARRY LAW FIRM**

10                                     By:   _/s/David N. Barry____
                                             David N. Barry
11                                           Attorneys for Plaintiff
12                                           MARIA MENDOZA

14  Dated: April 1, 2021               **GORDON REES SCULLY**
                                       **MANSUKHANI, LLP**

17                                     By:   _/s/Spencer P. Hugret_____
                                             Spencer P. Hugret
18                                           Attorneys for Defendant
                                             FORD MOTOR COMPANY

20  **ATTESTATION OF ELECTRONIC SIGNATURES**

21  I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf
22  this filing is submitted, concur in the filing's content and have authorized the filing
23  of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule
24  41(a)(1)(A)(ii).

25                          By:_/s/ Spencer P. Hugret_____
26                              Spencer P. Hugret